NANCY WENG, ESQ. (SBN: 251215)
DAVID ANH TRINH, ESQ. (SBN: 269958)
Trinh Law
99 North First Street, Suite 200
San Jose, CA 95113
Telephone: 408.890.7843
Fax: 408.890.4774

Attorney for Debtor

The following constitutes
the order of the court. Signed January 16, 2015

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>THAO PHUONG THI TRAN | Case No. 14-54654 MEH<br><br>Chapter 11<br><br>**ORDER AUTHORIZING AND APPROVING EMPLOYMENT OF COUNSEL**<br><br>**[No hearing required]** |

    Upon the application (the "Application") of Thao Phuong Thi Tran, the debtor and debtor in possession in the above-captioned bankruptcy case (the "Debtor"), to employ Trinh Law as general bankruptcy counsel, effective as of November 19, 2014 (the "Petition Date"), upon the declaration of Nancy Weng (the "Declaration") in support of the Application, and the Court being satisfied based on the representations made in the Application and the Declaration; it appearing to the Court that Trinh Law is disinterested and does not hold or represent an interest adverse to the estate, and that Trinh Law's employment is necessary and is in the best interest of the bankruptcy estate; it appearing to this Court that notice or a hearing on

said Application is not necessary or appropriate; and good cause appearing therefor, it is hereby

ORDERED that the Application is approved; and it is further

ORDERED that in accordance with section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a), the Debtor is authorized to employ Trinh Law as general bankruptcy counsel effective as of the Petition Date, on the terms set forth in the Application and Declaration; and it is further

ORDERED that Trinh Law shall file applications to be compensated in accordance with the standards and procedures set forth in sections 330 and 331 of the Bankruptcy Code and all applicable Bankruptcy Rules, Local Rules for the United States Bankruptcy Court for the Northern District of California, guidelines promulgated by the Office of the United States Trustee, and further orders of the Court.

***END OF ORDER***

Court Service List

American Honda Finance
2420 Camino Ramon Ste 3
San Ramon, CA 94583

Amex Dsnb
9111 Duke Blvd
Mason, OH 45040

Anderies & Gomes LLP
Shane K Anderies
601 Montgomery St suit
San Francisco, CA 941

Andy Quach
129 Dogaway Dr
San Jose, CA 95111

Chinh Chu
3038 Vesuvius Lane
San Jose, CA 95132

Comenity Bank/Ann Tayl Attention:Bankruptcy
P.0. Box 182686
Columbus, OH 43218

Ed Cullen
Williams Pinelli & Cul
110 N 3rd ST
San Jose, CA 95112

Erik M Nguyen
691 Swallow Dr.
San Jose, CA 95111

Express/Comenity Bank Attention: Bankruptcy
 Po Box 182686
Columbus, OH 43218

GECRB/ Old Navy Attention: GEMB
Po Box 103104
Roswell, GA 30076

| | |
|---|---|
| 1 | Mcydsnb |
| 2 | 9111 Duke Blvd |
| 3 | Mason, OH 45040 |
| 4 | Sears/cbna |
| 5 | Po Box 6497 |
| 6 | Sioux Falls, SO 57117 |
| 7 | ThuThuy Tran |
| 8 | 3038 Vesuvius Ln |
|   | San Jose, CA 95132 |
| 9 | Cary Kletter |
| 10 | The Kletter Law Firm |
|   | 1900 S. Norfolk St. suite 350 |
| 11 | San Mateo, CA 94403 |
| 12 | John McIntyre |
| 13 | Shea and McIntyre |
|   | 2166 The Alameda |
| 14 | San Jose, CA 95126 |