Nancy Weng (SBN: 251215)
David Anh V. Trinh (SBN: 269958)
The Trinh Law Firm
99 North First Street, Ste 200
San Jose. CA 95112
Telephone: 408-890-7843
Facsimile: 408- 890- 4774
Emails: nweng@trinhlawfirm.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re:
THAO PHUONG THI TRAN
         Debtor(s).

**Case No. 14-54654 MEH**

**Chapter 11**

**OBJECTION TO CLAIM NO. 10**

**(THANH NGUYEN)**

    Thao Phuong Thi Tran (hereinafter referred to as "Debtor"), hereby objects to Claim No. 10, filed by Thanh Nguyen on March 13, 2015 as an unsecured claim in the amount of $1,250,000. The Debtor requests that the claim be disallowed in its entirety.

Thanh Nguyen (hereinafter referred to as "Creditor"), through her counsel, filed a Proof of Claim asserting that she has an unsecured claim in the amount of $1,250,000. (See attached Exhibit A – Proof of Claim). Creditor's lawsuit in support of her claim alleges that she is owed currently unknown amounts for sexual harassment and various employment claims. Debtor vehemently denies any and all such allegations and maintains that all of Creditor's wages were fully paid. The Creditor has no basis for the amount of damages and have no basis for the large amount stated. The Debtor therefore respectfully objects to the allowance of such claim based on the reasons stated above.

    OBJECTING PARTY WILL ASK THE COURT TO ENTER AN ORDER PROVIDING THAT THE CLAIM IS: DISALLOWED IN ITS ENTIRETY

Respectfully submitted this 30th day of March, 2015

/s/ Nancy Weng
NANCY WENG
Attorney for Debtor herein