1  JOHN F. McINTYRE, JR., ESQ., State Bar No. 172128
   KEVIN R. ELLIOTT, ESQ., State Bar No. 276295
2  SHEA & McINTYRE, A.P.C.
   2166 The Alameda
3  San Jose, CA 95126-1144
   [408] 298-6611
4  [408] 275-0814  Facsimile
   Email:  jmcintyre@sheamcintyre.com
5  Email:  kelliott@sheamcintyre.com

6  Attorneys for Creditor,
   THANH NGUYEN

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re:<br><br>THAO PHUONG THI TRAN<br><br>  Debtor. | Case No. 14-54654 MEH<br><br>Chapter 11<br><br>**CREDITOR'S RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NUMBER 10** |

## INTRODUCTION

Creditor Thanh Nguyen's ("Thanh") claim number 10 arises from her employment with debtor Thao Tran ("Tran"). Thanh was sexually assaulted and harassed at her place of employment and Thanh's employment was terminated by Tran after she complained about the harassment and assault. Thanh also brings claims for various wage and hour violations.

## STATEMENT OF FACTS

In the pending state court action, Thanh alleges that Tran employed Thanh as a dental assistant. Thanh alleges she was sexually assaulted and harassed at her place of employment and fired by Tran for reporting the sexual harassment. Thanh also brings a number of Labor Code violation claims against defendants regarding their alleged wage and hour violations. (See Attachment to Claim No. 10 [Complaint in State Court Case])

On May 9, 2014, in the State Court action (prior to this bankruptcy being filed), Thanh served Tran with Requests for Admissions. (Elliott Decl ¶ 2. Ex. A.) Tran never answered the

SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

1
CREDITOR'S RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NUMBER 10
Case: 14-54654    Doc# 39    Filed: 04/17/15    Entered: 04/17/15 12:37:10    Page 1 of 2

Requests for Admissions. (Id.) Request for Admission number 15 states: "Admit PLAINTIFF is entitled to a judgment against you in the amount of $1,250,000.00 on her complaint filed in this action on October 30, 2013." (Elliott Decl., Ex. A.) Due to Tran's failure to respond, Thanh filed a motion to deem the requests for admissions deemed admitted. (Elliott Decl ¶ 3. Ex. B.) That motion was granted and the state court entered its order deeming the admissions admitted. (Id.)

## DISCUSSION

### I. THE CLAIM SHOULD BE ALLOWED

In the State Court litigation debtor Thao Tran has been deemed to have admitted that creditor Thanh Nguyen is entitled to a judgment in the amount of $1,250,000 against debtor. That amount is entirely reasonable given the allegations in the pending State Court litigation. In that litigation Thanh alleges she suffered extreme physical sexual assault, battery, and false imprisonment. (See Attachment to Claim No. 10 [Complaint in State Court Case]) Additionally, after Thanh told her employer (Tran) of the sexual assault and harassment, Tran fired Thanh in retaliation. Such conduct is commonly subject to high punitive damages awards because it is undeniably outrageous behavior. Accordingly, the amount claimed by Creditor Thanh Nguyen is reasonable and Tran has been deemed to admit as much.

## CONCLUSION

For the foregoing reasons, debtor Thao Tran's objection to creditor Thanh Nguyen's Claim number 10 should be overruled and the Claim 10 should be allowed in its entirety.

Respectfully Submitted,

Dated: April 17, 2015          SHEA & McINTYRE, A.P.C.


By:   /s/ Kevin R. Elliott
      JOHN F. McINTYRE, JR.,
      KEVIN R. ELLIOTT, Attorneys for Creditor
      THANH NGUYEN

Y:\n\Nguyen, Thanh\Bankruptcy\Thao Tran BK #2\Response to Obj to Claim.wpd

**SHEA & McINTYRE, A P.C.**
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile