# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the parties listed as filing users will receive notice of the foregoing documents by electronic transmission of a Notice of Filing.

**CREDITOR'S RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NUMBER 10;**

**DECLARATION OF KEVIN R. ELLIOTT IN SUPPORT OF CREDITOR'S RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NUMBER 10.**

(1) Nancy Weng　　　　　　　　　　　　　　　　Attorney for Debtor Thao Tran
    Trinh Law
    99 N. First Street, #200
    San Jose, CA 95148

(2) U.S. Trustee　　　　　　　　　　　　　　　　U.S. Trustee
    U.S. Federal Bldg.
    280 S. First Street #268
    San Jose, CA 95113

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Dated this 17th day of April, at San Jose, California.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Kevin R. Elliott
　　　　　　　　　　　　　　　　　　　　　　　　KEVIN R. ELLIOTT

Y:\n\Nguyen, Thanh\Bankruptcy\Thao Tran BK #2\CertofService re resp to obj.wpd

SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile