EXHIBIT A

NANCY WENG, ESQ. (SBN: 251215)
ANH V. TRINH, ESQ. (SBN: 269958)
The Trinh Law Firm
99 North First Street, Suite 250
San Jose, CA 95113
Telephone: 408.890.7843
Fax: 408.890.4774

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THAO PHUONG THI TRAN <br><br> Debtor, | Case No. 14-54654 MEH <br><br> Chapter 11 <br><br> **DECLARATION OF CHIN HSU REGARDING SUPPORT PAYMENTS TO DEBTOR UNDER PROPOSED CHAPTER 11 PLAN OF REORGANIZATION** |

**DECLARATION OF CHIN HSU**

I, CHIN HSU, hereby declare:

1. I have a child with the debtor herein, Thao Phuong Thi Tran (the "Debtor").

2. I am currently employed as an insurance salesman and have income of approximately $7,000 per month.

3. I will contribute to the Debtor's Chapter 11 Plan of Reorganization by paying for half of the mortgage expenses on the Debtor's home, where I also reside, and to all of the household expenses, including food, for the Debtor and her children, effective January 1, 2016.

1 – Declaration of Chin Hsu

4. I believe that I have the ability to make these payments.

5. I declare under penalty of perjury the aforementioned is true and correct to the best of my information, knowledge and belief.

Dated: April 17, 2015
/s/ Chin Hsu
CHIN HSU

2 – Declaration of Chin Hsu