Geoffrey E. Wiggs (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 South Norfolk Street, Suite 350
San Mateo, California 94403-1171
Telephone Number: (650) 577-5952
Facsimile Number: (650) 577-5953
Email Address: geoff@wiggslaw.com

Attorney for Creditor
LIEN TRAN

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>Thao Phuong Thi Tran,<br><br>Debtor. | **Case No:** 14-54654-MEH-11<br><br>Chapter 11<br><br>**CREDITOR LIEN TRAN'S OPPOSITION TO [AMENDED] MOTION FOR ORDER APPROVING COMPROMISE OF CONTROVERSY BETWEEN THE DEBTOR, CHAPTER 7 TRUSTEE MOHAMED POONJA, AND LIEN TRAN**<br><br>Date: June 18, 2015<br>Time: 10:30 a.m.<br>Place: 280 S. 1st St., Courtroom 3070, San Jose, CA 95113<br>Before: Hon. M. Elaine Hammond |

TO THE HONORABLE M. ELAINE HAMMOND, UNITED STATES BANKRUPTCY JUDGE, DEBTOR'S COUNSEL, DEBTOR, AND OTHER PARTIES IN INTEREST:

Objecting Creditor **Lien Tran** ("Creditor") files the following **Opposition To [Amended] Motion For Order Approving Compromise Of Controversy**.

Creditor does not object to the Compromise as reached in the Settlement Conference held April 15, 2015. Creditor objects to certain language employed by Debtor in **Debtor's Amended Motion For Order Approving Compromise Of Controversy Between The Debtor,**

**Chapter 7 Trustee Mohamed Poonja, And Lien Tran** (the "Motion") as overbroad and beyond the scope of the negotiated settlement.

## OBJECTION

### *Global Settlement*

Debtor's Motion asserts that the Compromise is a "Global Settlement" which "resolves all disputes among the Parties." Motion, 3:26. This is inaccurate as the Settlement, while global in nature, does not fully resolve all disputes among the Parties. Creditor continues to maintain and believe that certain general unsecured creditors named by Debtor in her schedules are not valid creditors and should not be paid through Debtor's plan of reorganization.

### *2004 Examination and Challenge of Certain Claims*

A core tenant of the Compromise Settlement reached is that Debtor has agreed to submit to a Rule 2004 examination by Creditor's counsel. At least one week prior to the 2004 examination, Debtor is to provide documents which she claims will substantiate four particular unsecured claims listed by Debtor. These claims include those of: Andy Quach, Chinh Chu, Erik Nguyen and Thu Thuy Tran.

In addition, the Compromise Settlement states that Debtor agrees to be examined with regard to facts surrounding Creditor's the sexual harassment claims.

Because the results of the contemplated 2004 Examination may result in further opportunities to object to unsubstantiated or improper claims against the estate, Creditor notes that the Compromise Settlement does not actually "resolve all disputes among the parties" and may result in further disputes with respect to listed claims.

## CONCLUSION

WHEREFORE Creditor respectfully requests that the Court approve the Compromise Settlement based upon the language negotiated during and agreed upon in the settlement

conference.  Creditor further requests the opportunity to review the final Order of the Court prior to submission to chambers for compliance to the agreed upon settlement language.

Respectfully submitted:

                                       LAW OFFICES OF GEOFF WIGGS

Dated: June 4, 2015                     By:   /s/ Geoffrey E. Wiggs
                                                            Geoffrey E. Wiggs, Esq.
                                                            Attorney for Creditor  Lien Tran

Geoffrey E. Wiggs (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 South Norfolk Street, Suite 350
San Mateo, California 94403-1171
Telephone Number: (650) 577-5952
Facsimile Number: (650) 577-5953
Email Address: geoff@wiggslaw.com

Attorney for Creditor
LIEN TRAN

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>Thao Phuong Thi Tran,<br><br>Debtor. | **Case No:** 14-54654-MEH-11<br><br>Chapter 11 |

I, the undersigned, declare that I am employed in the County of San Mateo. I am over the age of 18 years and not a party to the within entitled action. My business address is 1900 S. Norfolk Street, Suite 350, San Mateo, California 94403-1171.

On today's date, I served the following documents:

1. **CREDITOR LIEN TRAN'S OPPOSITION TO [AMENDED] MOTION FOR ORDER APPROVING COMPROMISE OF CONTROVERSY BETWEEN THE DEBTOR, CHAPTER 7 TRUSTEE MOHAMED POONJA, AND LIEN TRAN; and**
2. **CERTIFICATE OF SERVICE;**

**US Mail** [C.C.P. 1013(a)]: I am readily familiar with the firm's business practices for collection and processing of correspondence for mailing with the United States Postal Service. The addressee(s) shown above is (are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at **1900 S. Norfolk Street, Suite 350, San Mateo, California**. The envelope was sealed and placed for collection and mailing with first-class postage on the below date following ordinary business practices.

The envelope(s) were addressed to those parties at the address(es) below:

Nancy Weng
Trinh Law
99 N First St. #200
San Jose, CA 95113

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **June 4, 2015** at San Mateo, California.

<u>/s/ Geoffrey E. Wiggs</u>
**Geoffrey E. Wiggs**