Geoffrey E. Wiggs (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 South Norfolk Street, Suite 350
San Mateo, California 94403-1171
Telephone Number: (650) 577-5952
Facsimile Number: (650) 577-5953
Email Address: geoff@wiggslaw.com

Attorney for Creditor
LIEN TRAN

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

In re

    Thao Phuong Thi Tran,

        Debtor.

**Case No:** 14-54654-MEH-11

Chapter 11

***EX PARTE* MOTION FOR RULE 2004 EXAM AND PRODUCTION OF DOCUMENTS**

**TO THE HONORABLE M. ELAINE HAMMOND, UNITED STATES BANKRUPTCY JUDGE, DEBTOR'S COUNSEL, DEBTOR, AND OTHER PARTIES IN INTEREST:**

    Creditor **Lien Tran** ("Creditor") respectfully requests that Debtor Thao Thi Tran be ordered to produce documents and to appear and give testimony under oath, pursuant to the provisions of Rule 2004 of the Federal Rules of Bankruptcy Procedure.

    This 2004 Exam and production request was stipulated to by all parties as part of a negotiated settlement between Debtor, Chapter 7 Trustee Mohamed Poonja, and Creditor Lien Tran.

    Creditor's Counsel has met and conferred with Debtor's Counsel and the parties have agreed to hold the examination on July 13, 2015 at 10:00 a.m. The Creditor requests that Debtor Thao Thi Tran be ordered to appear and give oral testimony under oath at the law offices of

Kletter Law Firm at 1900 S. Norfolk Street, Suite 350, San Mateo, California 94403 on July 13, 2015 at 10:00 a.m.

Pursuant to the negotiated settlement, Creditor further requests Debtor be ordered to produce all evidence supporting the alleged claims of creditors Andy Quach, Chinh Chu, Erik M. Nguyen and Thu Thuy Tran to Creditor at least seven days prior to the 2004 examination.

Respectfully Submitted:

                                                  LAW OFFICES OF GEOFF WIGGS

Dated: June 17, 2015                      By:   /s/ Geoffrey E. Wiggs
                                                               Geoffrey E. Wiggs, Esq.
                                                                Attorney for Creditor Lien Tran

Geoffrey E. Wiggs (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 South Norfolk Street, Suite 350
San Mateo, California 94403-1171
Telephone Number: (650) 577-5952
Facsimile Number: (650) 577-5953
Email Address: geoff@wiggslaw.com

Attorney for Creditor
LIEN TRAN

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| In re<br><br>Thao Phuong Thi Tran,<br><br>Debtor. | **Case No:** 14-54654-MEH-11<br><br>Chapter 11 |

I, the undersigned, declare that I am employed in the County of San Mateo. I am over the age of 18 years and not a party to the within entitled action. My business address is 1900 S. Norfolk Street, Suite 350, San Mateo, California 94403-1171.

On today's date, I served the following documents:

1. *EX PARTE* **MOTION FOR RULE 2004 EXAM AND PRODUCTION OF DOCUMENTS; and**
2. **CERTIFICATE OF SERVICE;**

**US Mail** [C.C.P. 1013(a)]**:** I am readily familiar with the firm's business practices for collection and processing of correspondence for mailing with the United States Postal Service. The addressee(s) shown above is (are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at **1900 S. Norfolk Street, Suite 350, San Mateo, California**. The envelope was sealed and placed for collection and mailing with first-class postage on the below date following ordinary business practices.

The envelope(s) were addressed to those parties at the address(es) below:

Nancy Weng
Trinh Law
99 N First St. #200
San Jose, CA 95113

CERTIFICATE OF SERVICE - 1

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **June 17, 2015** at San Mateo, California.

<u>/s/ Geoffrey E. Wiggs</u>
**Geoffrey E. Wiggs**

CERTIFICATE OF SERVICE - 2