Geoffrey E. Wiggs (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 South Norfolk Street, Suite 350
San Mateo, California 94403-1171
Telephone Number: (650) 577-5952
Facsimile Number: (650) 577-5953
Email Address: geoff@wiggslaw.com

Attorney for Creditor
LIEN TRAN

The following constitutes
the order of the court. Signed June 30, 2015

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

In re

Thao Phuong Thi Tran,

           Debtor.

**Case No:** 14-54654-MEH

Chapter 11

## ORDER AUTHORIZING PRODUCTION OF
## DOCUMENTS AND APPEARANCE TO GIVE
## TESTIMONY PURSUANT TO BANKRUPTCY RULE 2004

Upon the application of creditor Lien Tran for an order directing debtor Thao Phoung Thi Tran to produce documents for inspection and photocopying and to appear and give testimony pursuant to the provisions of Rule 2004 of the Federal Rules of Bankruptcy Procedure, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Thao Phoung Thi Tran shall produce the following documents at the law offices of Kletter Law Firm at 1900 S. Norfolk Street, Suite 350, San Mateo, California 94403 no later than July 6, 2015 at 10:00 a.m.:

All evidence which Debtor alleges support the claims of creditors Andy Quach, Chinh Chu, Erik M. Nguyen, and Thu Thuy Tran.

**IT IS HEREBY FURTHER ORDERED** that Thao Phoung Thi Tran shall appear at the law offices of Kletter Law Firm at 1900 S. Norfolk Street, Suite 350, San Mateo, California 94403 no later than July 13, 2015 at 10:00 a.m for an examination under oath pursuant to the provisions of Rule 2004 of the Federal Rules of Bankruptcy Procedure.

**IT IS HEREBY FURTHER ORDERED** that the examination will end no later than 3:00 p.m. and that there will be a one-hour lunch break from 12:00 p.m. to 1:00 p.m.

Respectfully Submitted:

LAW OFFICES OF GEOFF WIGGS

Dated:  June 29, 2015                    By:    */s/ Geoffrey E. Wiggs*
                                               Geoffrey E. Wiggs, Esq.
                                               Attorney for Creditor  Lien Tran

APPROVED AS TO FORM

Dated:  June 29, 2015                    By:    */s/ Nancy Weng*
                                               Nancy Weng, Esq.
                                               Attorney for Debtor

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

*NONE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28