NANCY WENG, ESQ. (SBN: 251215)
ANH V. TRINH, ESQ. (SBN: 269958)
The Trinh Law Firm
99 North First Street, Suite 250
San Jose, CA 95113
Telephone: 408.890.7843
Fax: 408.890.4774
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAO PHUONG THI TRAN <br><br> Debtor, | Case No. 14-54654 MEH <br><br> Chapter 11 <br><br> **NOTICE OF HEARING ON DISCLOSURE STATEMENT DATED JULY 15, 2015** <br><br> **Date: August 13, 2015** <br> **Time: 10:30 a.m.** <br> **Place: 280 South First St., San Jose, CA** <br> **Courtroom 3070** <br> **Before: Honorable M. Elaine Hammond** |

TO THE HONORABLE COURT, THE CREDITORS AND OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN THAT the Disclosure Statement to Plan of Reorganization and the Plan of Reorganization under Chapter 11 of the U. S. Bankruptcy Code has been filed on July 16, 2015, by:

    Thao Tran
    3338 Flintmont Dr.,
    San Jose, CA 95148

1 – Notice of Disclosure Statement Hearing
14-54654 MEH

The Disclosure Statement to Plan of Reorganization and the Plan of Reorganization are on file with the Bankruptcy Clerk and may be viewed during regular business hours at the Clerk's office located at 280 South First St., Room 3035, San Jose, CA 95113.

Requests for copies of the Disclosure Statement to Plan of Reorganization should be mailed/emailed to counsel for the Debtor-in-Possession at the following address:

Nancy Weng
Trinh Law Firm
99 N. First St., suite 200
San Jose, CA 95113
nweng@trinhlawfirm.com

The hearing to consider the approval of the Disclosure Statement to Plan of Reorganization will be held at the following place and time:

Date: August 13, 2015

Time: 10:30 a.m.

Place: U.S. Bankruptcy Court

280 South First St., Room 3070

San Jose, CA 95113

Before: Hon. M. Elaine Hammond

Objections to the Disclosure Statement must be filed and served on the United States Trustee, which address is indicated herein below, and Debtors Counsel no later than August 6, 2015.

Dated: July 17, 2015  TRINH LAW

*/s/ Nancy Weng*
Nancy Weng
Attorneys for the Debtor

2 – Notice of Disclosure Statement Hearing
14-54654 MEH