NANCY WENG, ESQ. (SBN: 251215)
ANH V. TRINH, ESQ. (SBN: 269958)
The Trinh Law Firm
99 North First Street, Suite 250
San Jose, CA 95113
Telephone: 408.890.7843
Fax: 408.890.4774
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THAO PHUONG THI TRAN<br><br>　　　　Debtor, | Case No. 14-54654 MEH<br><br>Chapter 11<br><br>**EX PARTE APPLICATION FOR ENTRY OF FINAL DECREE**<br><br>**Hearing: none set** |

　　Comes now debtor Thao Phuong Thi Tran and apply to this Court for entry of a final decree in the above captioned case on the following grounds:

　　1.　　An Order Confirming Chapter 11 Plan was entered on February 25, 2016 (Dkt. No. 133).

　　2.　　The first quarterly report for the period February 25, 2016 to May 25, 2016 was simultaneously filed with this Application on June 9, 2016.

　　3.　　The Plan did not propose that any property be transferred.

　　4.　　The debtor has continued with the management of the property dealt with under the plan. There are no unresolved motions, contested matters, or adversary proceedings.

1 – Application for Final Decree

14-54654 MEH

5. The estate has been fully administered within the meaning of 11 U.S.C. § 350(a).
6. All claims and expenses required to be paid upon confirmation or the effective date of the plan have been paid.
7. Counsel's fee Application was approved on May 27, 2016 and Order entered on May 27, 2016 (Dkt. No. 142). The compensation required to be paid has been paid.
8. Debtor represents that all post-confirmation taxes have been paid.
9. Wherefore, Debtor prays that a Final Decree be entered.

Dated: June 9, 2016

TRINH LAW

By: */s/ Nancy Weng*
Nancy Weng
ATTORNEY FOR DEBTOR