NANCY WENG, ESQ. (SBN: 251215)
ANH V. TRINH, ESQ. (SBN: 269958)
The Trinh Law Firm
99 North First Street, Suite 250
San Jose, CA 95113
Telephone: 408.890.7843
Fax: 408.890.4774
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THAO PHUONG THI TRAN<br><br>Debtor, | Case No. 14-54654 MEH<br><br>Chapter 11<br><br>**DECLARATION OF DEBTOR IN SUPPORT OF FINAL DECREE** |

I, Thao Phuong Thi Tran declare and say:

1. I am the debtor herein.
2. An Order confirming my Chapter 11 Plan was entered on February 25, 2016 (Dkt. No. 133).
3. The plan payments called for by the plan have been commenced.
4. I am substantially in compliance with the requirements of the plan.
5. I have filed my first quarterly report for period February 25, 2016 through May 25, 2016 simultaneously with this Application.
6. The plan did not propose that any property be transferred.

1 – Declaration of Debtor in Support of Final Decree

14-54654 MEH

7. The compensation required to be paid to our counsel under the fee application, which was approved on May 27, 2016 (Dkt. No. 142), has been paid.
8. There are no unresolved matters, contested matters or adversary proceedings.
9. All claims and expenses required to be paid upon confirmation or the effective date of the plan have been paid.
10. All post-confirmation taxes have been paid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 6/3/2016

By: _____
Thao Phuong Thi Tran
DEBTOR HEREIN