NANCY WENG, ESQ. (SBN: 251215)
ANH V. TRINH, ESQ. (SBN: 269958)
The Trinh Law Firm
99 North First Street, Suite 250
San Jose, CA 95113
Telephone: 408.890.7843
Fax: 408.890.4774
Attorney for Debtor

The following constitutes
the order of the court. Signed June 17, 2016

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAO PHUONG THI TRAN<br><br>        Debtor, | Case No. 14-54654 MEH<br><br>Chapter 11<br><br>**ORDER APPROVING DEBTOR'S EX PARTE APPLICATION FOR ENTRY OF FINAL DECREE**<br><br>Hearing: None Set<br><br>Hearing: none set |

    On the application of debtor for a final decree, no objection having been filed and good cause appearing, IT IS SO ORDERED THAT a Final Decree be and hereby is entered.

***END OF ORDER***

COURT SERVICE LIST

None- all ECF