Geoffrey E. Wiggs (SBN: 276041)
LAW OFFICES OF GEOFF WIGGS
1900 South Norfolk Street, Suite 350
San Mateo, California 94403-1171
Telephone Number: (650) 577-5952
Facsimile Number: (650) 577-5953
Email Address: geoff@wiggslaw.com

Attorney for Creditor
LIEN TRAN

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>Thao Phuong Thi Tran,<br><br>Debtor. | Case No. 14-54654-MEH-11<br><br>Chapter 11<br><br>**NOTICE OF MOTION TO CONVERT TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b)**<br><br>Date: August 17, 2017<br>Time: 10:30 am<br>Place: 280 South First St., San Jose, Ca<br>Courtroom: 3020<br>Before: Honorable M. Elaine Hammond |

**TO THE HONORABLE M. ELAINE HAMMOND, UNITED STATES BANKRUPTCY JUDGE, DEBTOR'S COUNSEL, DEBTOR, AND OTHER PARTIES IN INTEREST:**

NOTICE IS HEREBY GIVEN that on the date and at the time shown above, at the above entitled court, Creditor, Lien Tran, (hereinafter referred to as "Creditor") will move the Court, pursuant to 11 U.S.C. § 1112(b), to convert this Chapter 11 case to a case under Chapter 7.

This motion is made pursuant 11 U.S.C. § 1112(b). A copy of the motion was served.

The motion is based on this Notice, Motion, the Declaration of Attorney Geoffrey E. Wiggs, all attached Exhibits, all pleadings and papers on file in this matter, and documents of which the Court can take judicial notice, and on such matters as may be presented at Court at the hearing.

PLEASE TAKE FURTHER NOTICE that any opposition shall be filed and served on the initiating party at least 14 days prior to the actual scheduled hearing date as indicated above. Any reply from the initiating party shall be filed and served at least 7 days prior to the actual scheduled hearing date as indicated above, pursuant to B.L.R. 9014-1. If an opposition is not timely filed and served, the Court may enter an order granting the relief by default.

oo0oo

Respectfully submitted:

LAW OFFICES OF GEOFF WIGGS

Dated: July 20, 2017

By: /s/ Geoffrey E. Wiggs
Geoffrey E. Wiggs, Esq.
Attorney for Creditor Lien Tran