

The following constitutes
the order of the court. Signed August 7, 2017

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>THAO PHUONG THI TRAN,<br><br>　　　　　　　　　　　Debtor./ | Case No. 14-54654 MEH<br>Chapter 11<br><br>Continued Hearing:<br>Date: 08/31/17<br>Time: 10:30 a.m.<br>Ctrm: 3020 |

ORDER REOPENING CASE and CONTINUING HEARING

　　Debtor's Chapter 11 case was closed on June 17, 2016.

　　On July 20, 2017, creditor Lien Tran filed a Motion to Convert to Chapter 7 ("Motion"), noticing a hearing for August 17, 2017. On August 3, 2017, Lien Tran filed an ex parte motion to reopen the case nunc pro tunc to July 20, 2017. Upon review of the file herein and good cause shown, it is

　　ORDERED that the case is reopened nunc pro tunc to July 20, 2017. The hearing on the Motion is continued by the court from August 17, 2017 to August 31, 2017 at 10:30 a.m. Lien Tran shall provide notice by mail to the debtor and by e-mail to debtor's counsel by August 8, 2017.

1      Any opposition to the Motion shall be filed and served by
2 August 17, 2017.
3                           **END OF ORDER**

COURT SERVICE LIST

ECF Participants